Panel rehearing granted by order filed 4/27/99;
opinion filed 10/5/98 was vacated.

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6037**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEPHEN AUSTIN PILLARS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-92-85-R, CA-96-137-R)

_____

Submitted: March 23, 1999        Decided: April 27, 1999

_____

Before MURNAGHAN and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen Austin Pillars, Appellant Pro Se. Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Pillars, Nos. CR-92-85-R; CA-96-137-R (W.D. Va. Dec. 17, 1997. See Lindh v. Murphy, 521 U.S. 320, (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED